UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SOVEREIGN BANK,
　　　　　　Plaintiff,
V.
TERWIN HOLDINGS, LLC, et al.
　　　　　　Defendants.

Civil Action No: 08-1256

## DISCLOSURE STATEMENT FORM

Please check one box:

[XX]  The nongovernmental corporate party, Terwin Holdings LLC, and Terwin Employees LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

July 22, 2008
Date

Signature

Counsel for: Terwin Holdings, LLC, and Terwin Employees, LLC.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
　　(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
　　(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
　　　　(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
　　　　(2) promptly file a supplemental statement upon any change in the information that the statement requires.